JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** <br><br> Plaintiff, <br><br> vs. <br><br> **Jose Dimas Avila, Jr., et al.,** <br><br> Defendants. | **CASE NO. CV 10-6803 WDK FMO** <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE DIMAS AVILA, JR. and MARIA ARACELIS ESCOBAR DE AVILA, individually and d/b/a RESTAURANT MORAZAN 2** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE DIMAS AVILA, JR. and MARIA ARACELIS ESCOBAR DE AVILA, individually and d/b/a RESTAURANT MORAZAN 2, that the above-entitled action is hereby dismissed **with prejudice** against JOSE DIMAS AVILA, JR. and MARIA ARACELIS ESCOBAR DE AVILA, individually and d/b/a RESTAURANT MORAZAN 2 and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[signature]*
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

Dated: November 17, 2010

2